## Commonwealth *v.* Hoak, Appellant.

*J. Graham Sale, Jr.* and *John J. Dean,* Assistant Public Defend-

ers, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended postconviction petition.